FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: BELLINGHAM INSURANCE AGENCY, INC., <br><br> Debtor, <br><br> _____ <br><br> EXECUTIVE BENEFITS INSURANCE AGENCY, <br><br>  Appellant, <br><br>  v. <br><br> PETER H. ARKISON, TRUSTEE, solely in his capacity as Chapter 7 Trustee of the estate of Bellingham Insurance Agency, Inc., <br><br>  Appellee. | No. 11-35162 <br><br> D.C. No. 2:10-cv-00929-MJP <br> Western District of Washington, Seattle <br><br><br> ORDER |

Before: KOZINSKI, Chief Judge, PAEZ, Circuit Judge, and COLLINS, District Judge.[*]

The United States's motion for a 45-day extension of time to respond to this court's November 4, 2011 order is GRANTED.  Any amicus brief or motion to

_____

[*]     The Honorable Raner C. Collins, District Judge for the U.S. District Court for Arizona, sitting by designation.

intervene by the United States must be filed on or before January 19, 2012. The time for other amici to respond to this court's November 4 order is similarly extended.